UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN M. HARMON,<br><br>    Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | NO. CV 16-7188-JLS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Granting Petitioner's Motion for Dismissal Without Prejudice,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: October 18, 2016

_____
JOSEPHINE L. STATON
United States District Judge